4/1/11
# 11091582
$ 2.69
KY

3/31/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: PERKINS, LARRY G                    /Case # 10-11661
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.69. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Cleveland Bros. Equipment        Amount $ _____2.69  Claim Register # ___1___

THOMAS J. GAFFNEY
Trustee

FILED APR -1 2011 BANKRUPTCY COURT BUFFALO, N.Y.